UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON EDGARDO SIGUENZA,<br><br>    Plaintiff,<br><br>  v.<br><br>CDCR, et al.,<br><br>    Defendants. | Case No. 23-cv-06006-HSG<br><br>**ORDER GRANTING SECOND EXTENSION OF TIME TO FILE DISPOSITIVE MOTION; SETTING DEADLINES**<br><br>Re: Dkt. No. 26 |

Good cause being shown, the Court GRANTS Defendant's request for a second extension of time file his dispositive motion. Dkt. No. 26. No further extensions of time to file the dispositive motion will be granted. The Court sets the following deadlines.

| Event | Deadline |
|---|---|
| Fact Discovery Deadline | January 30, 2026 |
| Dispositive Motion Deadline | March 20, 2026 |
| Opposition Deadline | April 17, 2026 |
| Reply Deadline | May 1, 2026 |

All discovery should be completed by the deadline set forth above. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

This order terminates Dkt. No. 26.

**IT IS SO ORDERED.**

Dated: 12/11/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge