UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARLON EDGARDO SIGUENZA,

           Plaintiff,

    v.

CDCR, et al.,

           Defendants.

Case No. 23-cv-06006-HSG

**ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION**

Re: Dkt. No. 31

Good cause being shown, the Court GRANTS Plaintiff's request for an extension of time to file his opposition to Defendants' summary judgment motion. Dkt. No. 31. Plaintiff shall file his opposition by June 24, 2026. Defendants shall file their reply brief no later than 14 days after the date the opposition is docketed in the Court's electronic filing system. The motion will be deemed submitted on the date the reply brief is due. No hearing will be held on this motion.

This order terminates Dkt. No. 31.

**IT IS SO ORDERED.**

Dated:    4/14/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge